1  PAUL D. VAN DER WALDE, ESQ. (SBN 169332)          *E-Filed: December 2, 2014*
   CAPUTO & VAN DER WALDE, LLP
2  51 E. Campbell Ave., Suite 120
   Campbell, CA 95008
3  Telephone: (408) 733-0100
   Facsimile: (408) 733-0123
4
   Attorneys for Plaintiff
5  ALAN MARENCO

6  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
7  A Professional Corporation
   555 12th Street, Suite 1800
8  Oakland, CA  94607
   Telephone: (510) 834-4350
9  Facsimile: (510) 839-1897

10 Attorneys for Defendant
   TARGET CORPORATION
11

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16

17 ALAN MARENCO,                        )    Case No.:   C14-04653HRL
                                        )
18          Plaintiff,                  )
                                        )
19 vs.                                  )    **STIPULATION FOR DISMISSAL**
                                        )    **AND ORDER**
20 TARGET CORPORATION,                  )
                                        )
21          Defendants.                 )
                                        )    Complaint Filed:  September 16, 2014
22                                      )    [Santa Clara County Superior Court Case # 114-CV-
                                        )    270676]
23 _____ )

24

25         IT IS HEREBY STIPULATED by and between Plaintiff ALAN MARENCO, by and

26 through his attorney of record, Paul D. Van Der Walde, Esq., and Defendant TARGET

27 CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will

28

                                       -1-

1  dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1),

2  with each party to bear its own costs and attorney's fees.

3            **IT IS SO STIPULATED.**

4

5

6  DATED:  December 1, 2014                      /s/ Pauld D. Van Der Walde
7                                               PAUL D. VAN DER WALDE, ESQ.
                                                     Attorneys for Plaintiff
8                                                     ALAN MARENCO

9

10

11

12 DATED:  11/12/14                             /s/ Gail C. Trabish
                                                GAIL C. TRABISH, ESQ.
13                                                 Attorneys for Defendant
                                                   TARGET CORPORATION
14

15

16                              **ORDER**

17

18       Pursuant to stipulation, **IT IS SO ORDERED**.

19

20 DATED: December 2, 2014

21                              By: _____
22                                  HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE
23  27520/675773

24

25

26

27

28

-2-

**STIPULATION FOR DISMISSAL AND ORDER**– Case No.  C14-04653HRL