GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MARENCO,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendants. | Case No.: C14-04653HRL<br><br>**CERTIFICATE OF SERVICE**<br>(28 U.S.C. §1746)<br><br>Complaint Filed: September 16, 2014<br>[Santa Clara County Superior Court Case # 114-CV-270676] |

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, Oakland, California 94607.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 2, 2014, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **1) Order-Stipulation for Dismissal; and 2) Consent or Declination to Magistrate Judge Jurisdiction**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys for Plaintiff**
**ALAN MARENCO**

Paul D. Van Der Walde, Esq.
Caputo & Van Der Walde LLP
51 E. Campbell Ave., Suite 120
Campbell, CA 95008
Telephone: (408) 733-0100
Facsimile: (408) 733-0123

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed at Oakland, California, on December 2, 2014.

          ___/s/ *Brenda J. Bruessard*_____
          Brenda J. Bruessard

GCT01\673911

-2-
CERTIFICATE OF SERVICE – Case No. C14-04653HRL